13 A.3d 356

IN THE MATTER OF HAMDI M. RIFAI, AN ATTORNEY
AT LAW (ATTORNEY NO. 059441994).

March 9, 2011.

## ORDER

This matter having been duly presented to the Court on the motion of respondent, **HAMDI M. RIFAI** of **ROCHELLE PARK**, seeking a further stay of the effective date of the three-month

term of suspension ordered by the Court on January 20, 2011; and good cause appearing;

It is ORDERED that the motion to stay the effective date of suspension is denied, and the term of suspension ordered by the Court on January 20, 2011, shall commence March 9, 2011, and shall continue for a period of three months and until the further Order of the Court; and it is further

ORDERED that respondent shall continue to comply with the conditions ordered by this Court on January 20, 2011.